**In the Matter of Cynthia Ann WALKER Petition for Reinstatement from Inactive Status**

**No. 52 DB 2004.**

Supreme Court of Pennsylvania.

Aug. 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of August, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated July 23, 2004, are approved and IT IS ORDERED that CYNTHIA ANN WALKER, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**David Granger MARBLE, Respondent.**

**No. 957 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 1, 2004.

ORDER

PER CURIAM.

AND NOW, this 1st day of September, 2004, upon consideration of the contention of respondent-attorney that he is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to disciplinary charges brought against him in connection with Disciplinary Board Docket No. 29 DB 2004, it is hereby

ORDERED that David Granger Marble is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., for an indefinite period and until further Order of the Court. Respondent shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings against the respondent-attorney shall meanwhile be held in abeyance, except for the perpetuation of testimony.